IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AARON WILLIAMS

    V

CITY OF PHILADELPHIA,
MICHAL R. RESNICK, ESQUIRE,
Commissioner of Prisons
C/o EKiti Mesumbe, C/o
VinceN Zul

: Civil Action
:
:
:
:
:
:
:
:
:
: NO. 2:25-CV-6486

    IN compliance with This Court's order OF January 21, 2026 wherein it was ordered That PlaintiFF File an amended Complaint in the above Captioned matter No later then February 20, 2026 PlaintiFF Now comes Forth this 16Th day of Febuary in the year OF 2026 with his Amended Complaint, Which is here to attached.

2-16-26

           Aaron Williams
           Aaron Williams

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIN

AARON WILLIAMS

V

CITY OF PHILADELPHIA,
MICHAL R. RESNICK, ESQUIRE,
Commissioner of Prisons,
C/o Ekiti Mesumbe, C/o
Vincen Zul

: Civil Action
:
:
:
:
:
:
:
: NO. 2:25-CV-6486

## AMENDED COMPLAINT

1. On August 6, 2024 Plaintiff was comitted to the Philadelphia county Prison the Curran-Fromhold Correctional Facility (CFCF)

2. Once at this Facility Plaintiff underwent a medical screening which resulted in, among other things, him being giving Bottom Bunk Bed Accommodations (BBBA)

3. This was due in part by the Fact that Plaintiff suffers from Arthritis in his right knee and right wrist, has a bad heart, Chronic obstructive Pulmonary Disease, (COPD), and the Fact that Plaintiff was 68 years of age.

4. After the medical screening Plaintiff was quarantined on B-1-Pod 3 unit until he was classified and moved to B-1-Pod 1

5. Plaintiff was classified and moved to B-1-Pod 1 where he informed Correctional officer.

Defendant Ekiti Mesumbe, who worked said unit of his BBBA status but Defendant Mesumbe refused to assign Plaintiff to a bottom bunk bed. Telling Plaintiff "There is not bottom bunks"

6. Plaintiff was then housed in a cell (3) with another prisoner who had BBBA as well and was on the bottom bunk, Thus, Forcing Plaintiff to climb up on the Top bunk bed.

7. Climbing up ON the Top bunk bed required Plaintiff to use a chair then upon the cell's dest Top then on to the bed.

8. Plaintiff avers that this maneuvering was fearful and painful and put him at risk of injuring himself.

9. On 8-28-2024 Plaintiff Fell in his cell attempting to climb upon the top bunk bed injuring his back, knee, and his neck.

10. Plaintiff was treated at the prison's medical department for his injuries; this treated included Plaintiff being issued an Ace bandage for his knee injury and medication for his pain.

11. On 8-29-2024 Plaintiff Filed a grievance grieving the fact that he Fell attempting to climb on the top bunk bed when he had BBBA status.

12. This grievance was time stamped by someone in the Warden's Office, "RECEIVED Sep. 02 2024"

13. The response that Plaintiff received from this grievance was "Per C/o Zul when a bottom bunk

becomes available you will receive one."

14. Because there was No grievance appeal Forms available on the unit Plaintiff Filed his appeal on a regular grievance Form.

15. This appeal was returned to Plaintiff stamped by the Deputy Warden's office "RECEIVED SEP 30 2024" with the instructions For Plaintiff to "Please Fill out the attached grievance appeal Form."

16. As instructed Plaintiff Filled out the Appeal Form and returned it.

17. In this appeal Plaintiff, to Defendant Resnick, grieved the Fact that he was dissatisfied with the response receive in his grievance and complaint about having to Climb upon the bunk bed without the use of a ladder.

18. Plaintiff Never received a response to this appeal although it is Plaintiff belief that the Deputy Warden made sure that Plaintiff's appeal was Forwarded to Defendant Resnick.

19. Although many bottom bunk beds became available since Defendant Zul related to Plaintiff that he would receive one when became available, Plaintiff did Not received one.

20. In December of 2024 Plaintiff Fell again in his Cell attempting to Climb upon his top bunk bed, and again injuring himself

21. Plaintiff was moved From his Cell, 3, To

cell 9, and then to cell 15 or 16, all in the month of December 2024 and both time to top bunk beds

22. Plaintiff was released from the prison in December of 2024 without ever receiving a bottom bunk bed or a reply to his grievance appeal.

## CAUSE OF ACTION

23. The actions/inactions of the defendants as stated in the aforementioned paragraphs 1-22 violated Plaintiff's 14th Amendment Rights as is secured under the United States Constitution and is guaranteed him

24. The actions/inactions of the defendants as stated in the aforementioned paragraphs 1-22 violated the rights of Plaintiff as is outlined under the Americans with Disabilities Act

25. The actions/inactions of the defendants violated Plaintiff's 8th Amendment Rights

Aaron Williams
Aaron Williams
7901 State Road
Philadelphia PA 19136

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AARON WILLIAMS                  : Civil Action

v

CITY OF PHILADELPHIA            :
MICHAL R. RESNICK, ESQUIRE,     :
Commissioner of Prisons,        :
C/o EKiti Mesumbe, C/o          :
Vincen Zul                      : No. 2:25-CV-6486

CERTIFICATE OF SERVICE

I, Aaron Williams, do hereby certify That on The below date That I placed in the U.S. Mail, Frist Class, Plaintiff's Amended Complaint and addressed it to The Attorney For the Defendants as listed below:

2-16-26                         Courtney C. Okwara, Esg.
                                City of Philadelphia LAW Dep.
                                1515 Arch street, 14ᵀʰ Floor
                                Philadelphia PA. 19102

Aaron Williams
Aaron Williams
7901 state Road
Philadelphia PA 19136

Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 455917

PHILADELPHIA PA 190
27 MAR 2026 PM 9 L

RECEIVED
MAR 30 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

U.S. Courthouse
601 Market St.
Phila, Pa 19106

U.S.M.S.
X-RAY'D

19106-172999

USA FOREVER

Defender Ass
1441 Sansom St
Philad PA 19102

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019