### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AARON WILLIAMS** | **:** | **CIVIL ACTION** |
| | **:** | |
| **v.** | **:** | **NO. 25-6486** |
| | **:** | |
| **CITY OF PHILADELPHIA, C/O** | **:** | |
| **EKITI MESUMBE, C/O VINCEN ZUL** | **:** | |

## ORDER

**AND NOW**, this 27th day of May 2026, upon considering Defendants' joint Motion to dismiss (ECF 21) Plaintiff's amended Complaint (ECF 19), mindful we earlier granted the City's Motion to dismiss providing Plaintiff with specific direction as to what he may need to plead to impose liability under the civil rights law against the municipality and an individual supervisor (ECF 12), noting Plaintiff did not respond to the Motion, but having studied his allegations, and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** Defendants' Motion to dismiss (ECF 21) in part requiring we:

1.    **DISMISS with prejudice:**

    a.    All claims against Commissioner Resnick;

    b.    Civil rights claims against the City of Philadelphia;

2.    **DISMISS without prejudice:**

    a.    Civil rights claims against Correctional Officer Zul;

    b.    Claims against the City of Philadelphia under the Americans with Disabilities Act;

3.    Allow Plaintiff to now proceed on his civil rights claim against Correctional Officer Mesumbe requiring Correctional Officer Mesumbe file an Answer by no later than **June 10, 2026;** and,

4.    **Amend** the caption as above to reflect the dismissal of Commissioner Resnick with prejudice mindful Plaintiff may later amend to plead a disabilities claim against the City and civil rights claim against Correctional Officer Zul.

KEARNEY, J.